MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 *jnadolenco@mayerbrown.com*
ELISABETH M. ANDERSON (SBN 318326)
 *eanderson@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
General Motors LLC

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendants. | Case No.  2:21-cv-05874-PA (JEMx)<br><br>**JOINT NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>Assigned to the Hon. Percy Anderson |

Plaintiff Loren Stone and Defendant General Motors LLC (together, the "Parties") hereby notify the Court that they have reached a settlement in principle on an individual basis and are in the process of documenting and executing a confidential settlement agreement that will resolve plaintiff's claims against defendant. The Parties anticipate filing a joint stipulation to dismiss this entire action with prejudice no later than December 3, 2021. Accordingly, the Parties respectfully request that all further deadlines be suspended and all remaining dates be taken off calendar, pending the completion of the settlement and the stipulation for dismissal.

| | |
|---|---|
| Dated: November 2, 2021 | MAYER BROWN LLP<br>JOHN NADOLENCO |
| | By: */s/ John Nadolenco*<br>    John Nadolenco |
| | Attorneys for Defendant<br>General Motors LLC |
| Dated: November 2, 2021 | KAZEROUNI LAW GROUP, APC |
| | By: */s/ Jason A. Ibey*<br>    Jason A. Ibey (SBN 284607)<br>    jason@kazlg.com |
| | Attorneys for Plaintiff<br>Loren Stone |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I, John Nadolenco, attest that all other signatories listed, and on whose behalf this filing is submitted, approve the filing's content and have authorized the submission of this document on their behalf.

Dated: November 2, 2021         */s/ John Nadolenco*
                                John Nadolenco