**KAZEROUNI LAW GROUP, APC**
JASON A. IBEY
 jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, UT 84790
Telephone:  800-400-6808
Facsimile:   800-520-5523

*Attorneys for Plaintiff*

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendants. | Case No.  2:21-cv-05874-PA (JEMx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION**<br><br>Assigned to the Hon. Percy Anderson |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Loren Stone and Defendant General Motors LLC, by and through their respective undersigned counsel of record, hereby stipulate, pursuant to the confidential settlement agreement resolving the claims asserted in the Action, that: (1) Plaintiff Loren Stone will and hereby does voluntarily dismiss this Action, in its entirety, with prejudice, and further, (2) Plaintiff's voluntary dismissal of this Action, in its entirety, will be without prejudice to the claims of the putative class members. Each party shall bear its own attorneys' fees, expenses, and costs.

**IT IS SO STIPULATED.**

Dated:  November 9, 2021          KAZEROUNI LAW GROUP, APC

By: */s/ Jason A. Ibey*
    Jason A. Ibey (SBN 284607)
    jason@kazlg.com

Attorneys for Plaintiff
Loren Stone

Dated:  November 9, 2021          MAYER BROWN LLP

By: */s/ John Nadolenco*
    John Nadolenco (181128)

Attorneys for Defendant
General Motors LLC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I, Jason A. Ibey, attest that all other signatories listed, and on whose behalf this filing is submitted, approve the filing's content and have authorized the submission of this document on their behalf.


Dated:  November 9, 2021          */s/ Jason A. Ibey*
                                  Jason A. Ibey